RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2010 MAY -5 PM 5:09

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>WILSON SANTIAGO HERNANDEZ,<br>Defendant. | **INDICTMENT**<br><br>Criminal Num. 10-174 (ADC)<br><br>CRIMINAL VIOLATION:<br>18 U.S.C. Section 912 |
|---|---|

**THE GRAND JURY CHARGES:**

**COUNTS ONE THROUGH THIRTY**
Title 18, <u>United States Code</u>, Sections 912
**(Impersonating an Employee of the United States)**

On or about the dates set forth below, in the District of Puerto Rico, and within the jurisdiction of this Court,

**WILSON SANTIAGO HERNANDEZ,**

the defendant herein, did falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is, an employee of United States Customs, and in such assumed and pretended character with intent to defraud did falsely demand and/or obtain from the person indicated forthwith originals or copies of documents and a sum of money as specified below:

| COUNT | DATE | PERSON | DOCUMENTS | SUM OF MONEY |
|---|---|---|---|---|
| ONE | 11/08/09 | RVN | Obtained Birth Certificate, Social Security card, Driver's License | 173.00 |
| TWO | 11/14/09 | RVL | Obtained Driver's License, Social Security card, Birth Certificate, Health Certificate, P.R. Good Conduct Certificate | 175.00 |

1

| THREE | 11/15/09 | OFI | Obtained Birth Certificate, P.R. Good Conduct Certificate | 180.00 |
|---|---|---|---|---|
| FOUR | 11/15/09 | OTI | Obtained Birth Certificate, P.R. Good Conduct Certificate | 180.00 |
| FIVE | 11/28/09 | RVR | Obtained Passport, Drivers License, College Transcription and Graduation Certificate | 175.00 |
| SIX | 12/12/09 | RGJ | Obtained Driver's License, P.R. Good Conduct Certificate, Birth Certificate | 173.00 |
| SEVEN | 12/30/09 | MGR | Requested Driver's License, P.R. Good Conduct Certificate, Birth Certificate | 175.0 |
| EIGHT | 1/29/10 | AMR | Obtained P.R. Good Conduct Certificate, Birth Certificate, Passport | 173.00 |
| NINE | 1/29/10 | CBS | Obtained Social Security card, Birth Certificate, Driver's License | 180.00 |
| TEN | 02/02/10 | MSM | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| ELEVEN | 02/11/10 | SMW | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| TWELVE | 02/12/10 | VRM | Demanded Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| THIRTEEN | 02/14/10 | RMN | Obtained P.R. Good Conduct Certificate, Birth Certificate, Health Certificate | 175.00 |
| FOURTEEN | 02/16/10 | FNJJ | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |

| FIFTEEN | 02/18/10 | TPJA | Obtained Birth Certificate, Picture Identification Card | 265.00 |
|---|---|---|---|---|
| SIXTEEN | 02/20/10 | COEI | Demanded Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| SEVENTEEN | 02/26/10 | SLM | Demanded Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| EIGTHTEEN | 02/27/10 | FN | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| NINETEEN | 02/27/10 | OI | Obtained Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 175.00 |
| TWENTY | 02/28/10 | CPN | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| TWENTY - ONE | 03/04/10 | DRAA | Obtained Driver's License and Demanded Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| TWENTY-TWO | 03/27/10 | MJ | Obtained Birth Certificate, Driver's License, P.R. Good Conduct Certificate, Health Certificate, Picture Identification Card | 173.00 |
| TWENTY - THREE | 03/31/10 | FJ | Obtained Birth Certificate, Driver's License, Picture Identification Card | 173.00 |
| TWENTY-FOUR | 04/05/10 | CNJJ | Obtained Passport, Permanent Resident Card and Demanded Birth Certificate, P.R. Good Conduct Certificate | 180.00 |
| TWENTY-FIVE | 04/06/10 | RRCM | Obtained Driver's License and Demanded Birth Certificate, P.R. Good Conduct Certificate | 100.00 |

| TWENTY-SIX | 04/09/10 | RCD | Obtained Birth Certificate, Driver's License | 366.00 |
| TWENTY-SEVEN | 04/09/10 | AGH | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 183.00 |
| TWENTY-EIGTH | 04/10/10 | RJ | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 183.00 |
| TWENTY-NINE | 04/11/10 | RJC | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 183.00 |
| THIRTY | 04/11/10 | TJP | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 183.00 |

All in violation of Title 18, United States Code, Section 912.

## COUNTS THIRTY- ONE TO FIFTY- FOUR
### Title 18, United States Code, Sections 912
### (Impersonating an Employee of the United States)

On or about the dates set forth below, in the District of Puerto Rico, and within the jurisdiction of this Court,

**WILSON SANTIAGO HERNANDEZ,**

the defendant herein, did falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is, an employee of United States Department of Agriculture, and in such assumed and pretended character with intent to defraud did falsely demand and/or obtain from

4

the person indicated forthwith originals or copies of documents and a sum of money as specified below:

| COUNT | DATE | PERSON | DOCUMENTS | SUM OF MONEY |
|---|---|---|---|---|
| THIRTY-ONE | 11/20/09 | NVJ | Obtained College Diploma and Transcripts, P.R. Good Conduct Certificate | 173.00 |
| THIRTY-TWO | 12/11/09 | AAK | Obtained Passport, Social Security Card, Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| THIRTY-THREE | 02/08/10 | VRM | Obtained Birth Certificate, Driver's License, P.R. Good Conduct Certificate | 173.00 |
| THIRTY-FOUR | 02/12/10 | RSLD | Obtained Birth Certificate, Driver's License, P.R. Good Conduct Certificate | 173.00 |
| THIRTY-FIVE | 02/25/10 | RCJ | Obtained Birth Certificate, Driver's License, P.R. Good Conduct Certificate | 265.00 |
| THIRTY-SIX | 02/27/10 | CRJ | Obtained Birth Certificate, Driver's License, Health Certificate | 175.00 |
| THIRTY-SEVEN | 02/27/10 | ORJ | Obtained Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| THIRTY-EIGHT | 02/28/10 | REE | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |

5

| | | | | |
|---|---|---|---|---|
| THIRTY-NINE | 03/05/10 | SMW | Obtained Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| FORTY | 03/08/10 | NFL | Obtained Birth Certificate, Passport | 183.00 |
| FORTY-ONE | 03/26/10 | AGL | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 178.0 |
| FORTY-TWO | 03/26/10 | VCA | Obtained Birth Certificate, Picture Identification Card | 173.00 |
| FORTY-THREE | 03/26/10 | VCJ | Obtained Birth Certificate, Driver's License, P.R. Good Conduct Certificate | 173.00 |
| FORTY-FOUR | 03/27/10 | RRJ | Demanded Birth Certificate, P.R. Good Conduct Certificate | 180.00 |
| FORTY-FIVE | 04/03/10 | VDCJ | Obtained Driver's License, Certification of Birth Abroad | 265.00 |
| FORTY-SIX | 04/11/10 | TCJA | Obtained Birth Certificate , Driver's License, Health Certificate | 173.00 |
| FORTY-SEVEN | 04/11/10 | CRA | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| FORTY-EIGTH | 04/25/10 | MSY | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| FORTY-NINE | 04/26/10 | RCR | Demanded Birth Certificate, P.R. Good Conduct Certificate | 173.00 |
| FIFTY | 04/26/10 | SA | Obtained Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate, Driver's License | 173.00 |

| FIFTY-ONE | 04/27/10 | ZCJ | Demanded Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
|---|---|---|---|---|
| FIFTY-TWO | 04/27/10 | LNCJ | Obtained Birth Certificate, Picture Identification Card, Health Certificate | 173.00 |
| FIFTY-THREE | 04/28/10 | MHM | Obtained Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |
| FIFTY-FOUR | 04/30/10 | PH | Obtained Birth Certificate, Picture Identification Card, P.R. Good Conduct Certificate | 173.00 |

All in violation of Title 18, United States Code, Section 912.

TRUE BILL

FOREPERSON
Date: May 5, 2010

ROSA EMILIA RODRIGUEZ VELEZ
United States Attorney

José A. Ruiz
Chief, Criminal Division

Ernesto López-Soltero
Deputy Chief, White Collar Division

Jenifer Y. Hernández Vega
Assistant U.S. Attorney